STROUD v. HARRISON

No. 536P98

Case below: 131 N.C.App. 480

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

THORN v. SCHERRER

No. 557P98

Case below: 131 N.C.App. 704

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.

TIMOUR v. PITT COUNTY MEM. HOSP.

No. 3PA99

Case below: 131 N.C.App. 548

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1999.

VILLAGE OF RAINTREE HOMEOWNERS, INC. v. RAINTREE COUNTRY CLUB, INC.

No. 51P99

Case below: 131 N.C.App. 880

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Justice Martin recused.

WEBB v. BERRYMAN

No. 514P98

Case below: 131 N.C.App. 555

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.